UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SMITH, an individual; and MICHAEL BLAKE, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual, DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:23-CV-01881-ART-BNW<br><br>**ORDER GRANTING ECF No. 27**<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

**IT IS HEREBY STIPULATED** between Plaintiff, JESSICA SMITH and MICHAEL BLAKE (hereinafter collectively referred to as "Plaintiff"), by and through their counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CLARK COUNTY NEVADA, by and through their counsel of record Timothy Allen, Esq. and LAS VEAS

METROPOLITIAN POLICE DEPARTMENT, by and through their counsel of record Craig Anderson, Esq. (hereinafter collectively referred to as "Defendants"), that:

**IT IS HEREBYSTIPULATED** that Plaintiffs' shall have until Friday, January 26, 2024 to file Oppositions to Defendants' Motions to Dismiss and all Joinders thereto (Doc Nos. 24, 25 & 26)

**IT IS SO STIPULATED AND AGREED.**

Dated this 17th day of January, 2024.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden
_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 17th day of January, 2024.

**MARQUIS AURBACH**

/s/ Craig Anderson
_____
**CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
Phone: (702) 382-0711
Fax: (702) 382-5816
canderson@maclaw.com
*Attorney for Las Vegas Metro Police Dept. & Officers*

Dated this 17th day of January, 2024.

**CLARK COUNTY DISTRICT ATTORNEY**
/s/ Timothy J. Allen
_____
**TIMOTHY J. ALLEN, ESQ.**
Nevada Bar No. 14818
Deputy District Attorney
Office of the District Attorney – Civil Division
500 S. Grand Central Parkway, 5th Floor
Las Vegas, Nevada 89155
Timothy.Allen@ClarkcountyDA.com
*Attorneys for Defendants Clark County and Kevin Carey*

**IT IS SO ORDERED**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT COURT JUDGE**

**DATED: January 22, 2024.**