**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SMITH, an individual; and MICHAEL BLAKE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual, DOES I through X and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | CASE NO. 2:23-CV-01881-ART-BNW <br><br> **PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> SPECIAL SCHEDULING REVIEW REQUESTED |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on January 17, 2024. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

    1.    Discovery Cut-Off Date. The first defendant answered or otherwise appeared on January 4, 2024. The discovery cut-off date is **October 4, 2024**.

/ / /

2. Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is **July 8, 2024**.

3. Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is **August 5, 2024**. The deadline to disclose rebuttal experts is **September 4, 2024**.

4. Dispositive Motions. The deadline to file dispositive motions is **November 4, 2024**.

5. Pretrial Order. The deadline to file a pretrial order is **December 4, 2024**.

6. Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

7. Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. They do not believe this would be warranted at this time.

8. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). They do not desire referral to magistrate judge for trial at this time.

9. Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations. The parties see no unusual issues related to electronic evidence at this time.

10. Request for Special Scheduling Review: The parties have requested nine months of discovery instead of the standard six month (180 day) period for discovery in this case. The primary reason is that this a complex civil rights action involving two political subdivisions and at least six different individual defendants. The parties anticipate several depositions in light of this and time will be needed to clear scheduled and conduct these depositions. Additionally, Plaintiffs anticipate they may need to amend their complaint to add new individua Defendants if discovery finds that additional officers were involved in one of the incidents (Plaintiffs could not confirm whether the earliest of three incidents involved the same group of officers or if different ones were involved at the time of filing). Plaintiff also anticipates the need for additional time to allow motion practice on certain spoliation issues they believe exist in the case (Defendants do not concede to any spoliation).

**IT IS SO STIPULATED AND AGREED.**

Dated this 30th day of January, 2024.                    Dated this 30th day of January, 2024.

**BREEDEN & ASSOCIATES, PLLC**                            **MARQUIS AURBACH**

/s/ Adam J. Breeden                                       /s/ Craig Anderson

**ADAM J. BREEDEN, ESQ.**                                 **CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 008768                                     Nevada Bar No. 6882
7432 W. Sahara Ave., Suite 101                            10001 Park Run Drive
Las Vegas, Nevada 89117                                   Las Vegas, NV 89145
Phone: (702) 819-7770                                     Phone: (702) 382-0711
Fax: (702) 819-7771                                       Fax: (702) 382-5816
Adam@Breedenandassociates.com                             canderson@maclaw.com
*Attorneys for Plaintiffs*                                *Attorney for Las Vegas Metro Police Dept. & Officers*

Dated this 30th day of January, 2024.

**CLARK COUNTY DISTRICT ATTORNEY**

/s/ Timothy J. Allen

**TIMOTHY J. ALLEN, ESQ.**
Nevada Bar No. 14818
Deputy District Attorney
Office of the District Attorney – Civil Division
500 S. Grand Central Parkway, 5th Floor
Las Vegas, Nevada 89155
Timothy.Allen@ClarkcountyDA.com
*Attorneys for Defendants Clark County and Kevin Carey*

**IT IS SO ORDERED**

_[signature]_
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** 1/31/2024

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2024, I served a copy of the foregoing legal document **PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person: |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

/s/   Kirsten Brown
**BREEDEN & ASSOCIATES, PLLC**

4