**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Arnold, Ofc. Taylor, Ofc. Mayer, Ofc. Gault and Ofc. Carrillo Jasso

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SMITH, an individual and MICHAEL BLAKE, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual; DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>Defendants | Case Number: 2:23-cv-01881-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LVMPD DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (ECF NO. 40)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sgt. Matthew Arnold, Ofc. Matthew Taylor, Ofc. Benedetto Mayer, Ofc. Cody Gault, and Ofc. Homer Carrillo Jasso ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach and Plaintiffs Jessica Smith and Michael Blake ("Plaintiffs"), by and through their attorneys of record, Breeden & Associates, PLLC, hereby stipulate to extend the time for the

LVMPD Defendants to file their Opposition to Plaintiffs' Motion for Spoliation Sanctions. (ECF No. 40)

1. On June 10, 2024, Plaintiffs filed their Motion for Spoliation Sanctions. (ECF No. 40)

2. The LVMPD Defendants' Opposition is currently due June 24, 2024.

3. Counsel for the LVMPD Defendants is currently in a ten-day jury trial in the case of *LVMPD, et al. adv. Lawrence, et al.*, Case Number 2:16-cv-03039-APG-NJK.

4. Plaintiffs and LVMPD Defendants hereby stipulate to a three-week extension until July 8, 2024 in which to file the Opposition.

IT IS SO STIPULATED this 24th day of June, 2024.

| MARQUIS AURBACH | BREEDEN & ASSOCIATES, PLLC |
|---|---|
| By: */s/ Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Nicholas M. Adams<br>Nevada Bar No. 15859<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants LVMPD, Ofc. Arnold, Ofc. Taylor, Ofc. Mayer, Ofc. Gault and Ofc. Carrillo Jasso | By: *s/Adam J. Breeden*<br>Adam J. Breeden, Esq.<br>Nevada Bar No. 8768<br>7432 W. Sahara Ave., #101<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiffs |

## ORDER

IT IS HEREBY ORDERED that the LVMPD Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions shall be due on July 8, 2024.

ORDERED:

_____
United States District Court Judge

DATED: 6/26/2024