**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
    Attorneys for Defendants LVMPD, Ofc. Arnold, Ofc. Taylor, Ofc. Mayer, Ofc. Gault and Ofc. Carrillo Jasso

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SMITH, an individual and MICHAEL BLAKE, an individual<br><br>            Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual; DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>            Defendants | Case Number: 2:23-cv-01881-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LVMPD DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (ECF NO. 40)**<br><br>**(SECOND REQUEST)** |

    Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sgt. Matthew Arnold, Ofc. Matthew Taylor, Ofc. Benedetto Mayer, Ofc. Cody Gault, and Ofc. Homer Carrillo Jasso ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiffs Jessica Smith and Michael Blake ("Plaintiffs"), by and through their attorneys of record, Breeden & Associates, PLLC, hereby stipulate to extend the time for the

MAC:14687-478 5531140_1 7/5/2024 2:45 PM

LVMPD Defendants to file their Opposition to Plaintiffs' Motion for Spoliation Sanctions. (ECF No. 40)

1. On June 10, 2024, Plaintiffs filed their Motion for Spoliation Sanctions. (ECF No. 40) (the "Motion").

2. On June 26, 2024, the parties stipulated and the Court ordered that LVMPD Defendants be granted an extension to respond to the Motion from June 24, 2024 to July 8, 2024.

3. Counsel for LVMPD Defendants recently finished a ten-day jury trial in the case of *LVMPD, et al. adv. Lawrence, et al.*, Case Number 2:16-cv-03039-APG-NJK. The trial went longer than expected.

4. Counsel for LVMPD Defendants is diligently working on the Opposition to the Motion and it is essentially complete, however a declaration is needed to support the Opposition and the declarant was unavailable the week of July 1-5, 2024, due to the Fourth of July holiday.

5. Therefore, in order to properly respond to Plaintiffs' Motion, the Defendants request an additional 4-day extension to **July 12, 2024**.

6. Defendants affirm this request is made in good faith and not for purposes of delay. This extension has been discussed with Plaintiffs' counsel who has graciously agreed to the same.

IT IS SO STIPULATED this 5th day of July, 2024.

| MARQUIS AURBACH | BREEDEN & ASSOCIATES, PLLC |
|---|---|
| By: */s/ Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> Nicholas M. Adams, Esq. <br> Nevada Bar No. 15859 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for Defendants LVMPD, Ofc. Arnold, Ofc. Taylor, Ofc. Mayer, Ofc. Gault and Ofc. Carrillo Jasso | By: */s/ Adam J. Breeden* <br> Adam J. Breeden, Esq. <br> Nevada Bar No. 8768 <br> 7432 W. Sahara Ave., #101 <br> Las Vegas, Nevada 89117 <br> Attorney for Plaintiffs |

MAC:14687-478 5531140_1 7/5/2024 2:45 PM

**ORDER**

IT IS HEREBY ORDERED that the LVMPD Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions shall be due on July 12, 2024.

IT IS SO ORDERED:

DATED: July 8, 2024

_____
United States Magistrate Judge

MAC:14687-478 5531140_1 7/5/2024 2:45 PM