# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SMITH, an individual; and MICHAEL BLAKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual, DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-CV-01881-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |

**IT IS HEREBY STIPULATED** between Plaintiffs, JESSICA SMITH and MICHAEL BLAKE (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CLARK COUNTY NEVADA and related Defendants, by and through their counsel of record Timothy Allen, Esq. and LAS VEGAS METROPOLITAN POLICE DEPARTMENT and related Defendants, by and through their counsel of record Craig Anderson, Esq. (hereinafter collectively referred to as "Defendants"), that:

1  **WHEREAS**, on January 31, 2024 the Court signed the Proposed Discovery Plan and Scheduling Order [ECF No. 34] setting the dispositive motion deadline for November 4, 2024;

**IT IS HEREBY STIPULATED** that the dispositive motion deadline be extended to November 29, 2024.

**IT IS SO STIPULATED AND AGREED.**

Dated this 29th day of October, 2024.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden
_____

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 29th day of October, 2024.

**MARQUIS AURBACH**

/s/ Craig Anderson
_____

**CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
Phone: (702) 382-0711
Fax: (702) 382-5816
canderson@maclaw.com
*Attorney for Las Vegas Metro Police Dept. & Officers*

Dated this 29th day of October, 2024.

**CLARK COUNTY DISTRICT ATTORNEY**

/s/ Timothy J. Allen
_____

**TIMOTHY J. ALLEN, ESQ.**
Nevada Bar No. 14818
Deputy District Attorney
Office of the District Attorney – Civil Division
500 S. Grand Central Parkway, 5th Floor
Las Vegas, Nevada 89155
Timothy.Allen@ClarkcountyDA.com
*Attorneys for Def. Clark County & Carey*

2

## ORDER

Pursuant to the Stipulation of the Parties, the dispositive motion deadline is extended to November 29, 2024. All other deadlines remain in place.

**IT IS SO ORDERED**

_____
ANNE R. TRAUM
**UNITED STATES DISTRICT JUDGE**

**DATED:** November 5, 2024