**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA SMITH, an individual; and MICHAEL BLAKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual, DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-CV-01881-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT BY DEFENDANT CLARK COUNTY [ECF NO. 71] AND MOTION FOR PARTIAL SUMMARY JUDGMENT BY PLAINTIFFS JESSICA SMITH AND MICHAEL BLAKE [ECF NO. 72]** |

**IT IS HEREBY STIPULATED** between Plaintiffs, JESSICA SMITH and MICHAEL BLAKE (hereinafter collectively referred to as "Plaintiff"), by and through their counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendant, CLARK COUNTY NEVADA, by and through their counsel of record Timothy Allen, Esq. (hereinafter referred to as "Defendant"), that:

**IT IS HEREBY STIPULATED** that Plaintiffs shall have until Monday, December 23, 2024 to file their Oppositions to Defendant Clark County's Motion for Summary Judgment [ECF NO. 71].

**IT IS FURTHER STIPULATED** that Defendants Clark County and Kevin Carey shall have until Monday, December 30, 2024 to file their Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF NO. 72].

**IT IS SO STIPULATED AND AGREED.**

Dated this 12th day of December, 2024.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 12th day of December, 2024.

**CLARK COUNTY DISTRICT ATTORNEY**

/s/ Timothy J. Allen

**TIMOTHY J. ALLEN, ESQ.**
Nevada Bar No. 14818
Deputy District Attorney
Office of the District Attorney – Civil Division
500 S. Grand Central Parkway, 5th Floor
Las Vegas, Nevada 89155
Timothy.Allen@ClarkcountyDA.com
*Attorneys for Defendants Clark County and Kevin Carey*

**IT IS SO ORDERED**

Anne R. Traum
United States District Judge

**DATED:** December 17, 2024