1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SMITH, an individual and MICHAEL BLAKE, an individual<br><br>                     Plaintiffs,<br><br>     vs.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual; DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>                     Defendants | Case Number: 2:23-cv-01881-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS DEFENDANTS LVMPD, MATTHEW ARNOLD, MATTHEW TAYLOR, BENEDETTO MAYER, CODY GAULT AND HOMER CARRILLO JASSO *ONLY* WITH PREJUDICE** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sgt. Matthew Arnold, Ofc. Matthew Taylor, Ofc. Benedetto Mayer, Ofc. Cody Gault, and Ofc. Homer Carrillo Jasso ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiffs Jessica Smith and Michael Blake ("Plaintiffs"), by and through their attorneys of record, Breeden & Associates, PLLC, hereby stipulate:

Page 1 of 2

1. To dismiss with prejudice all claims against LVMPD, Matthew Arnold, Mattew Taylor, Benedetto Mayer, Cody Gault and Homer Carrillo Jasso (the LVMPD Defendants) *ONLY* in the above-referenced matter;

2. Plaintiffs and the LVMPD Defendants will bear their own attorney fees and costs; and

3. This stipulation and order does not impact Plaintiffs' claims against Defendants Clark County, Nevada and Kevin Carey.

IT IS SO STIPULATED this 30th day of December, 2024.

MARQUIS AURBACH                         BREEDEN & ASSOCIATES, PLLC

By: */s/ Craig R. Anderson*              By: */s/ Adam J. Breeden*
    Craig R. Anderson, Esq.                      Adam J. Breeden, Esq.
    Nevada Bar No. 6882                          Nevada Bar No. 8768
    Nicholas M. Adams, Esq.                      7432 W. Sahara Ave., #101
    Nevada Bar No. 15859                         Las Vegas, Nevada 89117
    10001 Park Run Drive                         Attorney for Plaintiffs
    Las Vegas, Nevada 89145
    Attorney for Defendants LVMPD, Ofc.
    Arnold, Ofc. Taylor, Ofc. Mayer, Ofc.
    Gault and Ofc. Carrillo Jasso

## ORDER

IT IS HEREBY ORDERED that the LVMPD Defendants *only* are dismissed with prejudice; and

IT IS FURTHER ORDERED that Plaintiffs and the LVMPD Defendants will bear their own attorney fees and costs.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: December 31, 2024