**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA SMITH, an individual; and MICHAEL BLAKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; MATTHEW ARNOLD, in his individual capacity; MATTHEW TAYLOR, in his individual capacity; BENEDETTO MAYER, in his individual capacity; CODY GAULT, in his individual capacity; HOMER CARRILLO JASSO, in his individual capacity; DOE LAS VEGAS METROPOLITAN POLICE OFFICERS I-X; KEVIN CAREY, an individual, DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-CV-01881-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiffs, JESSICA SMITH and MICHAEL BLAKE (hereinafter collectively referred to as "Plaintiff"), by and through their counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendant, CLARK COUNTY

NEVADA, by and through their counsel of record Timothy Allen, Esq. (hereinafter referred to as "Defendant"), that the above-referenced matter be dismissed with prejudice.

IT IS FURTHER STIPULATED both parties bear their own attorney fees and costs.

IT IS FURTHER STIPULATED that this stipulation now disposes of all remaining claims against all remaining defendants, and the entire action should be dismissed and closed

**IT IS SO STIPULATED AND AGREED.**

Dated this 17th day of November, 2025.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 17th day of November, 2025.

**CLARK COUNTY DISTRICT ATTORNEY**

/s/ Timothy J. Allen

**TIMOTHY J. ALLEN, ESQ.**
Nevada Bar No. 14818
Deputy District Attorney
Office of the District Attorney – Civil Division
500 S. Grand Central Parkway, 5th Floor
Las Vegas, Nevada 89155
Timothy.Allen@ClarkcountyDA.com
*Attorneys for Defendants Clark County and Kevin Carey*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: November 18, 2025